Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. PISCIOTTA

No. 470P82.

Case below: 57 N.C. App. 710.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. PROCTOR

No. 520P82.

Case below: 58 N.C. App. 631.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. PROCTOR

No. 504P82.

Case below: 58 N.C. App. 413.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982.

STATE v. RICHARDSON

No. 553PA82.

Case below: 58 N.C. App. 822.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 October 1982.

STATE v. SELLERS

No. 481P82.

Case below: 58 N.C. App. 43.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 September 1982.